NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAMPA HYDE PARK CAFE LLC )
D/B/A THE HYDE PARK CAFE, )
                                            )
          Appellant, )
                                            )
v. )  Case No.  2D15-3531
                                            )
STATE OF FLORIDA, )
DEPARTMENT OF REVENUE, )
                                            )
          Appellee. )
_____)

Opinion filed June 6, 2018.

Appeal from the Department of Revenue.

W. Bart Meacham, Tampa, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee; and Angela L. Huston
and Mark S. Urban, Assistant Attorneys
General and Timothy E. Dennis, Chief
Assistant Attorney General, Revenue
Litigation Bureau, Tallahassee, for
Appellee.


PER CURIAM.

          Affirmed.

BLACK and ATKINSON, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.